UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------------------------x
ANNABELLE GURWITCH, individually and on behalf of all others similarly situated,

                Plaintiff,

     -against-

SAVE ON SP LLC, EXPRESS SCRIPTS, INC., and ACCREDO HEALTH GROUP INC.,

                Defendants.
---------------------------------------------------------x

Case No. 1:25-cv-00006-LJV

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

**ORAL ARGUMENT REQUESTED**

| | |
|---|---|
| NATURE OF ACTION: | 791 Labor: E.R.I.S.A |
| MOVING PARTIES: | Defendants Express Scripts, Inc. and Accredo Health Group. |
| MOTION: | Motion to Dismiss Plaintiff's Amended Complaint |
| DATE & TIME: | At a time to be determined before the Hon. Lawrence J. Vilardo (or upon submission). |
| PLACE: | United States Courthouse<br>2 Niagara Square<br>Buffalo, New York 14202 |
| SUPPORTING PAPERS: | 1. Notice of Motion;<br>2. Memorandum of Law In Support of Motion to Dismiss;<br>3. Declaration of Terrance P. Flynn, Esq. and accompanying exhibits. |
| ANSWERING PAPERS: | Pursuant to Local Rule 7(a)(2)(A). |
| REPLY PAPERS: | Pursuant to Local Rule 7(a)(2)(A). |
| RELIEF REQUESTED: | Defendants seek an order dismissing Plaintiff's Amended Complaint with prejudice, and for such other and further relief as the Court deems just and proper. |

| | |
|---|---|
| GROUNDS FOR RELIEF: | Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) |
| ORAL ARGUMENT: | Requested. |

Dated: March 14, 2025

Respectfully submitted,

EXPRESS SCRIPTS, INC. AND ACCREDO HEALTH GROUP, INC.

By their attorneys,

By: /s/ Terrance P. Flynn
Terrance P. Flynn, Esq.
Harris Beach Murtha Cullina PLLC
726 Exchange Street, Suite 1000
Buffalo, New York 14210
(716) 200-5120
tflynn@harrisbeachmurtha.com

- and –

Jeremy M. Sternberg, Esq. (*Admitted Pro Hac Vice*)
Holland & Knight
10 St. James Avenue, 11th Floor
Boston, MA 02116
(617) 523-2700
Jeremy.Sternberg@hklaw.com

Christopher Smith, Esq. (*Admitted Pro Hac Vice*)
Sarah C. Hellmann, Esq. (*Admitted Pro Hac Vice*)
Husch Blackwell
8001 Forsyth Blvd., Suite 1500
St. Louis, MO 63105
(314) 480-1500
Chris.Smith@huschblackwell.com
Sarah.Hellmann@huschblackwell.com