UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNABELLE GURWITCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., and ACCREDO HEALTH GROUP INC.,<br><br>Defendants. | Case No. 1:25-CV-00006-LJV<br><br>**DECLARATION OF TERRANCE P. FLYNN** |

I, Terrance P. Flynn, state as follows:

1. I am a partner at the law firm Harris Beach Murtha Cullina PLLC, attorneys for Defendants Express Scripts, Inc. and Accredo Health Group, Inc.

2. I submit this declaration in support of Express Scripts and Accredo's Motion to Dismiss Plaintiff's Amended Complaint and Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint.

3. Attached as **<u>Exhibit 1</u>** is a true and accurate copy of the Writers' Guild-Industry Health Fund's Summary Plan Description, dated March 31, 2024, which was obtained from the Writers Guild of America's website, publicly available at bit.ly/3FqQFig.

4. Attached as **<u>Exhibit 2</u>** is a true and accurate copy of the Writers' Guild-Industry Health Fund's Summary of Material Modifications dated November 30, 2020, which was obtained from the Writers Guild of America's website, publicly available at bit.ly/3Dr08pb.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

Executed on March 14, 2025.

                                                               /s/     Terrance P. Flynn
                                                                    Terrance P. Flynn