UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNABELLE GURWITCH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., and ACCREDO HEALTH GROUP INC.,<br><br>    Defendants. | Case No. 1:25-CV-00006-LJV |

**NOTICE OF DEFENDANT SAVE ON SP, LLC'S MOTION TO DISMISS
PLAINTIFF'S AMENDED COMPLAINT**

| | |
|---|---|
| Moving Party: | Defendant Save On SP, LLC. |
| Nature of Action: | Violations of ERISA and RICO. |
| Directed To: | Plaintiff. |
| Date and Time: | Oral argument, if granted by the Court, will be scheduled. |
| Supporting Papers: | Memorandum of Law in Support of Defendant Save On SP, LLC's Motion to Dismiss, dated March 14, 2025; Declaration of Andrew R. Dunlap in Support of Defendant Save On SP, LLC's Motion to Dismiss, dated March 14, 2025. |
| Answering Papers: | Pursuant to Dkt. 27, Plaintiff's opposition is due April 25, 2025. Save On SP, LLC's reply is due May 16, 2025. |
| Relief Requested: | Dismissal of all claims with prejudice. |

| | |
|---|---|
| Grounds for Relief: | Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and the authority set forth in the accompanying memorandum of law. |
| Oral Argument: | Requested. |

Dated:  New York, New York
        March 14, 2025

Respectfully submitted,

SELENDY GAY PLLC

By:    /s/      Andrew R. Dunlap
Andrew R. Dunlap
Meredith J. Nelson
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
adunlap@selendygay.com
mnelson@selendygay.com

Jodyann Galvin
Emily J. Pfalzer
HODGSON RUSS LLP
140 Pearl Street
Suite 100
Buffalo, NY 14202
Tel: 716-856-4000
jgalvin@hodgsonruss.com
epfalzer@hodgsonruss.com

*Attorneys for Defendant Save On SP, LLC*

2