UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNABELLE GURWITCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAVE ON SP, LLC, EXPRESS SCRIPTS, INC., and ACCREDO HEALTH GROUP INC.,<br><br>Defendants. | Case No. 1:25-CV-00006-LJV |

**DECLARATION OF ANDREW R. DUNLAP IN SUPPORT OF DEFENDANT
SAVE ON SP, LLC'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

ANDREW R. DUNLAP, an attorney duly admitted to practice law before this Court, declares the following under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm of Selendy Gay PLLC, counsel for Save On SP, LLC ("SaveOn"). I make this declaration based on my own personal knowledge, in support of SaveOn's Motion to Dismiss Plaintiff's Amended Complaint.

2. Attached hereto as Exhibit 1 is the November 30, 2020 Summary of Material Modifications ("SMM") to plan benefits from the Writers' Guild-Industry Health Fund, which is a true and correct copy of the document provided at: https://www.wgaplans.org/info/health/documents/SMM/PWGA_Health_SMM_20201130.pdf (last accessed March 14, 2025).

3. Attached hereto as Exhibit 2 is the Health Fund Summary Plan Description, effective March 31, 2024, for the Writers' Guild-Industry Health Fund. This document is a true and correct copy of the document provided at: https://www.wgaplans.org/healthspd/ (last accessed March 14, 2025).

4.     Attached hereto as Exhibit 3 (subject to SaveOn's Motion to Seal, filed concurrently) is a true and correct copy of the August 19, 2016 Agreement between Express Scripts, Inc. and SaveOn.

5.     Attached hereto as Exhibit 4 (subject to SaveOn's Motion to Seal, filed concurrently) is a true and correct copy of the November 13, 2017 Master Program Agreement between Express Scripts, Inc. and SaveOn.

6.     Attached hereto as Exhibit 5 (subject to SaveOn's Motion to Seal, filed concurrently) is the February 1, 2021 Service Agreement between the Writers-Guild Industry Health Fund and SaveOn.

Dated:   New York, New York
         March 14, 2025

                                          /s/      Andrew R. Dunlap
                                                   Andrew R. Dunlap