# Exhibit 4

**Subject to motion to seal**