# Exhibit 5

**Subject to motion to seal**